IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| HAWKEYE FOODSERVICE DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN BROTHERS DISTRIBUTING COMPANY, INC., IOWA EDUCATORS CORPORATION d/b/a IOWA EDUCATORS CONSORTIUM and DANIEL DREYER, <br><br> Defendants. | Case No. 3:10-cv-00161 <br><br> **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE** |

COME NOW Hawkeye Foodservice Distribution, Inc., Plaintiff, and Martin Brothers Distributing Company, Inc., Defendant, and, in accordance with Rule 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of all claims asserted between them in this action. Each party is to bear its own costs. This dismissal does not affect Hawkeye's claims against any other Defendants.

BELIN McCORMICK, P.C.

By _/s/ Stephen R. Eckley_
Stephen R. Eckley
David W. Nelmark

666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 243-7100
Facsimile: (515) 558-0637
E-mail: sreckley@belinmccormick.com
         dwnelmark@belinmccormick.com

ATTORNEYS FOR PLAINTIFF HAWKEYE
FOODSERVICE DISTRIBUTION, INC.

DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.

By: ___/s/ Deborah M. Tharnish___
    Deborah M. Tharnish
    Sarah E. Crane

215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Fax: (515) 243-0654
Email: DeborahTharnish@davisbrownlaw.com
       SarahCrane@davisbrownlaw.com

Kimberly J. Walker
Faegre & Benson LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Email: kim.walker@faegrebd.com

Richard A. Duncan
Emily E. Chow
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Email: richard.duncan@faegrebd.com
       emily.chow@faegrebd.com

ATTORNEYS FOR DEFENDANT MARTIN BROTHERS DISTRIBUTING COMPANY

- 3 -

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on September 10, 2012 by

| U.S. Mail | | FAX |
| Hand Delivered | | Electronic Mail |
| FedEx/ Overnight Carrier | ☒ | CM / ECF |

Todd A. Strother
John C. Cortesio, Jr.
Bradley M. Beaman
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
strother.todd@bradshawlaw.com
cortesio.john@bradshawlaw.com
beaman.bradley@bradshawlaw.com

Stephen J. Holtman
Leonard T. Strand
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
sholtman@simmonsperrine.com
lstrand@simmonsperrine.com

ATTORNEYS FOR DEFENDANTS
IOWA EDUCATORS CORPORATION
and DANIEL DREYER

Signature: _/s/ Drake_
BELIN\H1002\0002\0136043 2