UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| HAWKEYE FOODSERVICE DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IOWA EDUCATORS CORPORATION d/b/a IOWA EDUCATORS CONSORTIUM, and DANIEL DREYER, <br><br> Defendants. | Civil No. 3:10-cv-00161-RP-TJS <br><br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

COME NOW all Parties, and hereby submit this Joint Dismissal of all claims with prejudice, and without costs to any Party, except the Court shall retain jurisdiction to enforce the settlement agreement between the Parties and the Stipulated Injunction entered by the Court on May 24, 2013.

Respectfully submitted,

BELIN McCORMICK, P.C.


By:___/s/ David W. Nelmark_____
   Stephen R. Eckley   AT0002250
   David W. Nelmark   AT0005677
   666 Walnut Street, Suite 2000
   Des Moines, IA  50309-3989
   Phone:  (515) 283-4637
   Fax:  (515) 558-0637
   E-Mail:  sreckley@belinmccormick.com
   E-Mail:  dwnelmark@belinmccormick.com

ATTORNEYS FOR PLAINTIFF

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: /s/Todd A. Strother
   Todd A. Strother   AT0007650
   John C. Cortesio   AT0001755
   Bradley M. Beaman   AT0000318
   801 Grand Avenue, Suite 3700
   Des Moines, IA  50309-8004
   Phone: (515) 243-4191
   Fax: (515) 246-5808
   E-Mail: strother.todd@bradshawlaw.com
   E-Mail: cortesio.john@bradshawlaw.com
   E-Mail: beaman.bradley@bradshawlaw.com

By: /s/Stephen J. Holtman
   Stephen J. Holtman   AT0003594
   SIMMONS PERRINE MOYER BERGMAN, PLC
   115 Third Street S.E., Suite 1200
   Cedar Rapids, IA  52401
   Phone: (319) 366-7641
   Fax: (319) 366-1917
   E-Mail: SHoltman@simmonsperrine.com

ATTORNEYS FOR DEFENDANTS
IOWA EDUCATORS CORPORATION AND DANIEL DREYER

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 30 of May, 2013 by:

| ☐ U.S. Mail        | ☐ FAX         |
|--------------------|---------------|
| ☐ Hand Delivered   | ☐ UPS         |
| ☐ Federal Express  | ☒ Other ECF   |

_/s/ [signature]_